Dismissed and Memorandum Opinion filed October 27, 2005









Dismissed and Memorandum Opinion filed October 27,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00217-CV

____________

 

GRAYLAND
GREEN, JR., Appellant

 

V.

 

MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC., Appellee

________________________________________________________________

 

On Appeal from the County
Civil Court at Law No. 3

Harris
County, Texas

Trial Court Cause No. 827,142

________________________________________________________________

 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 19,
2005.  The clerk=s record was filed on February 25,
2005.  On April 14, 2005, this court
dismissed the appeal because appellant failed to pay the appellate filing
fee.  See Tex. R. App. P. 5 (requiring payment of fees in
civil cases unless indigent); Tex. R. App. P. 20.1 (listing
requirements for establishing indigence); see also Order
Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of
Appeals, Misc. Docket No. 98-9120 (Tex. Jul. 21, 1998) (listing fees in court
of appeals); Tex. Gov=t Code Ann. ' 51.207
(Vernon Supp.2004-05) (same).  








On April 28, 2005, this court was notified that appellant had
established indigence.  Accordingly, no
appellate filing fee was owed, and the court withdrew its opinion and judgment
of dismissal.  The court ordered the
appeal reinstated and ordered the court reporter to file the record without
charge to appellant.  The reporter=s record was filed on August 2,
2005.  Appellant=s brief was therefore due September
2, 2005.  No brief or motion for
extension of time have been filed.  On
September 29, 2005, this Court issued an order stating that unless appellant
submitted his brief, together with a motion reasonably explaining why the brief
was late, on or before October 14, 2005, the Court would dismiss the appeal for
want of prosecution.  See Tex. R. App. P. 42.3(b).  Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 27, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.